■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAN XING GUO, Appellant. [774 NYS2d 802]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 24, 2000 (*People v Man Xing Guo,* 271 AD2d 700 [2000]), affirming a judgment of the Supreme Court, Queens County, rendered August 19, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX MEJIA, Appellant. [774 NYS2d 801]—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Resnik, J.), imposed May 23, 2001, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis to now complain that his sentence was excessive (*see People v Kazepis,* 101 AD2d 816 [1984]). Prudenti, P.J., Florio, H. Miller, Schmidt and Cozier, JJ., concur.